**WO**

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| United States of America, ) | No. CV-05-03133-PHX-LOA |
|     Plaintiff, ) | **ORDER RE: NOTICE TO CLAIMANT** |
| vs. ) | |
| Real Property Located at 2644 West Northview Avenue, Phoenix, Arizona 85051, etc., ) | |
|     Defendant. ) | |
| Re: The interest of Alfonso Lopez Zuniga. ) | |

    The Court hereby approves the following Notice To Claimant, Alfonso Lopez-Zuniga, which shall be published in Spanish, once a week for four consecutive weeks, as directed by this Court's March 27, 2006 order. After compliance with this order is complete, Plaintiff shall file a Notice of Compliance and attach thereto an affidavit of compliance setting forth the details of compliance and a copy of the Spanish version of the Notice. If claimant has still not complied with this Court's March 9, 2006 and March 27, 2006 orders by the May 1, 2006 deadline, Plaintiff shall promptly file a Motion to Strike Answer and Request for Entry of Default Judgment pursuant to Rule 37(b)(2)(C), Fed. R. Civ. P.

    DATED this 3rd day of April, 2006.

                                                    Lawrence O. Anderson
                                                  United States Magistrate Judge

**NOTICE TO CLAIMANT**
**ALFONSO LOPEZ ZUNIGA**

On October 5, 2005, a verified Complaint for Forfeiture *In Rem* was filed by the government in the United States District Court, District of Arizona, in the Sandra Day O'Connor U.S. Courthouse, 401 W. Washington, Phoenix, Arizona, entitled United States v. Real Property Located at 2644 W. Northview Ave., Phoenix, Arizona, Case No: CV-05-3133-PHX-LOA. On December 5, 2005, Alfonso Lopez Zuniga, the claimant, by and through his attorney, and Manuel Bustamonte who had been assigned a power of attorney, filed an Answer and verified Statement of Interest in the subject property.

On February 24, 2006, the government filed a Notice of Service of First Set of Non-Uniform Interrogatories, First Request for Production of Documents and First Request for Admissions. Discovery requests were served upon claimant's counsel of record, Antonio R. Zuniga. Pursuant to Rule 33, 34, and 36 Federal Rules of Civil Procedure, discovery responses were due in writing and signed under oath within 30 days of receipt. To date, the Clerk and counsel for the government have not received claimant's responses to the overdue discovery requests. In its March 27, 2006 order, the Court acknowledged the admissions were deemed admitted by claimant pursuant to Rule 36, Fed. R. Civ. P.

On February 24, 2006, the Court entered an order setting a Rule 16 scheduling conference for Friday, March 24, 2006 at 10:00 a.m. On March 9, 2006, the Court granted claimant's counsel's motion to withdraw as attorney of record for Alfonso Lopez Zuniga and, pursuant to Local Rule 83.3(d), ordered that claimant shall immediately file a Notice of his current address with the Clerk of the Court, and thereafter, shall comply with all Local Rules. A copy of the order was sent to Alfonso Lopez-Zuniga by the Clerk of the Court at his last known address, 2644 West Northview Avenue, Phoenix, Arizona 85051. Claimant is currently in violation of the Court's March 9, 2006 order.

On March 27, 2006, claimant did not appear at the Rule 16 scheduling conference. Rule 16(f) Fed. R. Civ. P. authorizes the imposition of sanctions that are just if no appearance is made on behalf of a party at the Rule 16 scheduling conference. Pursuant to Rule

37(b)(2)(C), sanctions may include an order striking claimant's Answer and entering a judgment by default against claimant's interest, if any, in the subject property.

Pursuant to the Court's order, entered on March 27, 2006, the Hon. Lawrence O. Anderson, U.S. Magistrate Judge, hereby orders claimant to show cause, in writing, on or before **Monday, May 1, 2006**, why judgment by default against Alfonso Lopez Zuniga's interest, if any, in the subject property should not be entered for failure to comply with Court orders and overdue discovery requests.   Claimant is hereby notified that failure to comply with the Court's March 27, 2006 order shall result in Court's striking Alfonso Lopez Zuniga's Answer, filed on December 5, 2005, and entering a judgment by default against Alfonso Lopez Zuniga's interest, if any, in the subject property. See, Rule 37(b)(2)(C), Fed. R. Civ. P.