**WO**

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| United States of America,<br><br>    Plaintiff,<br><br>vs.<br><br>Real Property Located at 2644 West Northview Avenue, Phoenix, Arizona 85051, etc.,<br><br>    Defendant.<br><br>Re: The interest of Alfonso Lopez Zuniga. | No. CV-05-03133-PHX-LOA<br><br>ORDER |

On motion of Plaintiff to strike the Answer filed by Alfonso Lopez Zuniga (docket # 8) regarding the above stated defendant real property, described as Real Property Located at 2644 West Northview Avenue, Phoenix, Arizona 85051, more specifically described as Lot 10, Canyon Court Unit One, According to Book 41 of Maps, Page 30, Records of Maricopa County, Arizona, and all improvements, fixtures, and appurtenances, thereon, and for judgment by partial default of the interest of Alfonso Lopez Zuniga, in defendant real property;the Court determining that Alfonso Lopez Zuniga has willfully, and through fault, failed to obey an order entered by the Court under Rule 26(f) and 16(f), FED.R.CIV.P.; and after considering all five factors set forth in Rio Properties, Inc. v. Rio Int'l Interlink, 284 F.3d 1007 (9th Cir.2002) and determining that entry of default is fair, reasonable and appropriate under the circumstances,

1  **IT IS ORDERED** that Plaintiff's Motion To Strike Answer And Entry Of Partial
2  Default As To The Interest Of Alfonso Lopez Zuniga (docket # 26) is **GRANTED** and the
3  Answer (docket # 8) filed by claimant Alfonso Lopez-Zuniga is hereby **STRICKEN**.

4  There being no just reason for delay in entering default judgment against Alfonso
5  Lopez Zuniga's interest in subject property and the Court finding that based upon the striking
6  of claimant's Answer, claimant has not answered in these proceedings and is now in default,

7  **IT IS FURTHER ORDERED** that the Alfonso Lopez Zuniga's interest in
8  defendant real property, further described as:  Real Property Located at 2644 West
9  Northview Avenue, Phoenix, Arizona 85051, more specifically described as Lot 10, Canyon
10 Court Unit One, According to Book 41 of Maps, Page 30, Records of Maricopa County,
11 Arizona, and all improvements, fixtures, and appurtenances, thereon is hereby **FORFEITED**
12 to the United States of America, in accordance with 21 U.S.C. § 881.

13 Dated this 8th day of August, 2006.

*[Signature]*
Lawrence O. Anderson
United States Magistrate Judge