**WO**

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| United States of America,        )<br>                                                )<br>              Plaintiff,             )<br>                                                )<br>       v.                                    )<br>                                                )<br>Real Property Located at 2644 West, )<br>Northview Avenue, Phoenix, Arizona )<br>85031, more specifically described as )<br>Lot 10, Canyon Court Unit One, According )<br>to Book 41 of Maps, Page 30, Records )<br>of Maricopa County, Arizona, and all )<br>improvements, fixtures, and           )<br>appurtenances, thereon,               )<br>                                                )<br>              Defendant              )<br>                                                )<br>Re:  The interest of Alfonso Lopez Zuniga )<br>                                                )<br>_____) | CV-05-3133-PHX-LOA<br><br>ORDER |

      Due to the Court's Order (docket #27) granting Plaintiff's Motion to Strike Claimant Alfonso Lopez Zuniga's Answer and Default Judgment (docket #29) having been entered on August 9, 2006, the Court issues this Order setting a deadline of December 11, 2006 for the Plaintiff to complete the sale of the subject Real Property, distribute the proceeds and submit a proposed final order or file a status report setting forth the due diligence that Plaintiff has exercised in attempting to close this case and why additional time is necessary to keep this case open.

      Accordingly,

      **IT IS ORDERED** Plaintiff shall either submit a Proposed Final Order or file a Status Report **on or before December 11, 2006** setting forth Plaintiff's due diligence in attempting

1 | to close this case and such other good cause why this case should not be dismissed for lack of
2 | prosecution pursuant to Rule 41(b), Fed.R.Civ.P.
3 |     DATED this 9th day of August, 2006.

*/s/ Lawrence O. Anderson*
Lawrence O. Anderson
United States Magistrate Judge

2