**WO**

UNITED STATES DISTRICT COURT

DISTRICT OF ARIZONA

| | |
|---|---|
| United States of America,<br><br>　　　　　　Plaintiff,<br>　　v.<br><br>Real Property Located at 2644 West Northview Avenue, Phoenix, Arizona 85051, more specifically described as Lot 10, Canyon Court Unit One, According to Book 41 of Maps, Page 30, Records of Maricopa County, Arizona, and all improvements, fixtures, and appurtenances, thereon.<br><br>　　　　　　Defendant. | CIV-05-03133-PHX-LOA<br><br>**FINAL ORDER<br>OF FORFEITURE** |

　　　Based upon the Motion by the United States, good cause appearing, and there being no objection, it is thereby

　　　ORDERED that the net proceeds from the sale of the above captioned real property, located at 2644 West Northview Avenue, Phoenix, AZ, are hereby declared forfeited to the United States pursuant to 21 U.S.C. § 881, and are to be disposed of according to law.

　　　DATED this 10th day of April, 2007.

　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　Lawrence O. Anderson
　　　　　　　　　　　　　　　　United States Magistrate Judge